# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NEO-FLO, INC.  ) | |
| ) | |
| ) | |
| Plaintiff,  ) | CIVIL ACTION FILE NO. |
| v.  ) |    15-cv-03496-RWS |
| ) | |
| MYDENT INTERNATIONAL CORP.  ) | |
| ) | |
| ) | |
| Defendant.  ) | |

## CONSENT ORDER EXTENDING TIME FOR
## DEFENDANT TO FILE AN ANSWER TO COMPLAINT

By and with Plaintiff's consent, Defendant Mydent International Corp. shall have to and including November 30, 2015 to file an Answer or otherwise respond to the Complaint.  This extension is not sought for purposes of delay, but to allow Defendant sufficient time to assess the Complaint prior to responding.  Plaintiff may be awarded a default any time after November 30, 2015 if Defendant fails to timely answer or respond.

     SO ORDERED this _____ day of _____, 2015.

_____
Richard W. Story
Judge, United States District Court

Consented to by:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWTIZ, PC


*/s/ L. Clint Crosby*
Dorian B. Kennedy
Georgia Bar No. 404385
dkennedy@bakerdonelson.com
L. Clint Crosby
Georgia Bar No. 197877
ccrosby@bakerdonelson.com

Monarch Plaza, Suite 1600
3414 Peachtree Road, NE
Atlanta, Georgia 30326
(678) 406-8700 - Telephone
(678) 406-8701 – Facsimile